v.

### DIRECTOR OF REVENUE, STATE OF MISSOURI, Appellant.

No. ED 83708.

Missouri Court of Appeals,
Eastern District,
Division Three.

Nov. 23, 2004.

Karen Renee CHERRY n/k/a Karen Renee Hurst, Respondent,

v.

### Mark Lee CHERRY, Appellant.

No. ED 83611.

Missouri Court of Appeals,
Eastern District,
Division Three.

Nov. 23, 2004.

---

1. Director's Motion to Strike the appendix of     Mr. Bell's brief is denied.

Deborah Jean Alessi, St. Charles, MO, for appellant.

Gordon D. Prinster, St. Charles, MO, for respondents.

Before CLIFFORD H. AHRENS, P.J., WILLIAM H. CRANDALL, JR., J., MARY K. HOFF, J.

## ORDER

PER CURIAM.

Father, Mark Lee Cherry, appeals from the judgment of the trial court modifying the decree of dissolution of his marriage to wife, Karen Renee Cherry, and denying the parties' cross-motions for contempt.

We have reviewed the record on appeal and find that the judgment is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. An opinion would have no precedential value. The parties, however, have been furnished with a memorandum for their information only, setting forth the reasons for this order. The judgment is affirmed. Rule 84.16(b).